IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00945-MSK-CBS

COLORADO DEPARTMENT OF REVENUE,

    Plaintiff,

v.

DEWEY'S LITTLETON LLC;
CITY OF LITTLETON, COLORADO;
UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the The Colorado Department of Revenue's Unopposed Motion to Dismiss this Interpleader **(#14)** filed May 10, 2011. The Court having reviewed the foregoing:

ORDERS that all claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 12th day of May, 2011.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge